Gerald M. Needham, OSB #963746
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00434-HZ |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE TRIAL AND TO EXTEND BRIEFING DEADLINES |
| v. | |
| HUGO BERTEAU-PAVY, | |
| Defendant. | |

    NOW COMES Hugo Berteau-Pavy, through his attorney, Gerald M. Needham, and moves to continue the presently scheduled trial date of April 27, 2021, to June 15, 2021, or a date thereafter convenient to the Court. This motion is unopposed by the government. April 27, 2021, is the third trial setting.

    Pending before the Court is defendant's motion to dismiss (ECF 20). The parties are requesting that the Court extend the deadline for the government to respond to May 3, 2021, and for the defendant's reply two weeks thereafter. Additional time is also required to permit ongoing negotiations that involve potential disposition of state charges against the defendant, as well as additional time to properly prepare.

Mr. Berteau-Pavy has been in compliance with all conditions of his pretrial release. Counsel has discussed with him the need for the continuance. He has authorized counsel to represent he consents to the continuance with the knowledge that the timeframe is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Assistant United States Attorney Tom Ratcliffe has authorized counsel to represent the government has no objection to the requested continuance.

Based on the aforementioned, defendant moves to continue the trial of April 27, 2021, to June 15, 2021, or a date thereafter convenient to the Court. The timeframe of the requested continuance is excludable under the Speedy Trial Act in that the period of time for a disposition of a motion to dismiss is excludable. The timeframe is also excludable under Speedy Trial computations pursuant to 18 U.S.C. § 3161(h)(7)(A), as additional time is required for pretrial investigation and trial preparation and the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedier trial.

Respectfully submitted on April 14, 2021.

*/s/ Gerald M. Needham*
Gerald M. Needham
Assistant Federal Public Defender