UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00434-HZ |
| v. | DISMISSAL WITHOUT PREJUDICE ORDER |
| HUGO RYAN BERTEAU-PAVY, | |
| Defendant. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Indictment filed on September 24, 2020, be DISMISSED without prejudice.

Dated: September  15 , 2021

_____
HONORABLE MARCO A. HERNÁNDEZ
Chief United States District Court Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

**Dismissal Order**  **Page 1**
Revised April 2018